UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| BOVA FRESH, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:20-CV-00151 |
| | § | |
| VALVILLA PRODUCE, LLC, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

THE COURT, having received and reviewed the parties' Joint Stipulation to Dismiss [Dkt. No. 34], and being otherwise advised in the premises, hereby **GRANTS** the Stipulation.

Pursuant to Rule 41(a)(1)(A)(ii), the parties may dismiss an action without leave of court upon filing a stipulation of dismissal signed by all parties who have appeared. FED. R. CIV. P. 41(a)(1)(A)(ii). Plaintiff's remaining claims against Defendants Valvilla Produce, LLC, Luis Valencia Villa and Gabriela Luna are hereby **DISMISSED** without prejudice with the Court retaining jurisdiction as to enforcement of the parties' Settlement Agreement.

The Initial Conference set for 9/10/2020 at 09:00 a.m. is hereby **VACATED**.

Each party shall bear his or its own costs and attorneys' fees.

SO ORDERED this 30th day of July, 2020, at McAllen, Texas.

*/s/ Randy Crane*
Randy Crane
United States District Judge